United States District Court
Southern District of Texas

**ENTERED**
February 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARVIN GIBSON | § | |
| Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:15-cv-2538 |
| EMPIRE INDEMNITY INSURANCE COMPANY | § § § § | |
| Defendant | § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On the 5th day of February, 2016, this Court considered the Joint Motion for Dismissal with Prejudice jointly filed by Plaintiff Marvin Gibson ("Plaintiff") and Defendant Empire Indemnity Insurance Company ("Defendant"). After considering this motion, the agreements of the parties, the evidence before the Court, and/or the arguments of counsel, this Court is of the opinion that this motion is meritorious and should be GRANTED in all respects.

It is therefore ORDERED, ADJUDGED and DECREED that all claims and causes of action that were asserted, or that could have been asserted, by Plaintiff against Defendant are dismissed with prejudice.

All parties shall bear their own costs and expenses.

All relief sought by any party against any other party that is not explicitly granted in this Order is DENIED.

This is a final judgment.

Signed on this _5th_ day of _Feb._, 2016.

_____
PRESIDING JUDGE

APPROVED AS TO BOTH FORM AND SUBSTANCE:

THE LITTLE LAW FIRM, P.C.


       /s/   Joseph R. Little
_____
Joseph R. Little
State Bar No. 00784483
Southern District of Texas Bar No. 15972
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone:  (713) 222-1368
Facsimile:  (281) 200-0115
jrl@littlelawtexas.com

Attorney in Charge for Defendant


       /s/ Jason M. Ciofalo
_____
Jason M. Ciofalo
Fed. I. D. No. 1034198
10033 N. Dale Mabry Highway, Suite B
Tampa, FL 33618
(813) 751-0293 – Telephone
(866) 908-6555 – Facsimile
jason@ciofalolaw.com

Attorney in Charge for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this 4th day of February, 2016.

                                        /s/ Joseph R. Little
                                        Joseph R. Little